IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANGELA LANE CASH,

      Appellant,

v.

CYNTHIA HOLMES JENKINS
and CHARLES JENKINS,

      Appellees.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3714

Opinion filed July 25, 2014.

An appeal from the Circuit Court for Duval County.
Harvey L. Jay, III, Judge.

Dennis P. Dore and Jessica L. Lanifero of Kelley Kronenberg, Jacksonville, for Appellant.

C. Rufus Pennington, III, and Brooke Eisenhut of C. Rufus Pennington, III, P.A., Jacksonville Beach, for Appellees.

PER CURIAM.

      AFFIRMED.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.

1